PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Joe Phillip Houston                Case Number: A-12-CR-018(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: July 6, 2012

Original Offense: Possession with Intent to Distribute Cocaine Base, in violation 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Original Sentence: 137 months' imprisonment followed by three (3) years of supervised release, Special Conditions: substance abuse and mental health treatment, workforce development, abstain from alcohol and all other intoxicants and $100 special assessment (satisfied)

Type of Supervision: Supervised Release          Date Supervision Commenced: March 17, 2020

Assistant U.S. Attorney: Mark H. Marshall         Defense Attorney: William H. Ibbotson (AFPD

## PREVIOUS COURT ACTION

On July 1, 2015, imprisonment was reduced to 115 months, pursuant to 18 U.S.C § 3582(c)(2).

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On April 19, 2021, test results were received from a drug test Houston took on April 12, 2021, that tested positive for cannabinoids and cocaine. Houston verbally admitted to using the controlled substances.

Joe Phillip Houston
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** Houston admitted to using the substances in response to a stressful relationship.  He has ended the relationship and will participate in individual substance abuse counseling and increased random drug testing.  The probation officer will utilize cognitive based discussions to assist Houston in improving decision making.  It is respectfully requested no further action be taken.  The Court will be notified if further compliance issues ensue.

                                                    Respectfully submitted,

                                                    Laura W. Howard
                                                    United States Probation Officer
                                                    Date: 4/23/2021

Approved: _____
                Hector J. Garcia, Supervising
                United States Probation Officer

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

                                                  _____
                                                  Honorable Susan Hightower
                                                  United States Magistrate Judge

                                                  Date:  April 23, 2021